UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00630-MOC

| | | |
|---|---|---|
| **JEROME GREEN,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on review of the government's Response to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (#3). In accordance with Rule 5(d), Rules Governing Section 2255 Proceedings, the court determines that such response contains a Motion to Dismiss which is supported by legal arguments. Petitioner will be allowed 30 days within which to file his Reply to the government's Response and therein provide the court with the reasons he believes the court should not dismiss his petition.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner is **GRANTED** 30 days within which to file his Reply to the government's Response (#3), which contains a Motion to Dismiss.

Signed: February 5, 2016



Max O. Cogburn Jr
United States District Judge