# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Jerome Green,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:15-cv-00630-MOC |
| | ) | 3:13-cr-00042-MOC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2016 Order.

Signed: June 7, 2016

Frank G. Johns, Clerk
United States District Court